IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAREN WATTS,<br>[DOB 10/13/1992]<br>Defendant. | No. 20-03003-01-CR-S-MDH<br><br>18 U.S.C.§ 2251(a) & (e)<br>NLT 15 Years Imprisonment<br>NMT 30 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years Supervised Release NMT Life<br>NMT Life Supervised Release<br>Class B Felony<br><br>$100 Special Assessment |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

Between November 1, 2017, and February 17, 2019, in Greene County, in the Western District of Missouri, the defendant, **DAREN WATTS**, did employ, use, persuade, induce, entice, and coerce a minor, Jane Doe, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, and the visual depiction was transmitted using any means and facility of interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

A TRUE BILL

*/s/ Kevin Elliott*
FOREPERSON OF THE GRAND JURY

*/s/ James J. Kelleher*
James J. Kelleher
Assistant United States Attorney

DATED:   01/21/2020