# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|       Plaintiff, | |
| v. | Case No. 20-03003-01-CR-SW-MDH |
| DAREN WATTS, | |
|       Defendant. | |

## MOTION FOR DETENTION

Comes now the United States of America, by and through Timothy A. Garrison, United States Attorney for the Western District of Missouri, and the undersigned Assistant United States Attorney, and hereby moves this Court to order the detention of the defendant, **DAREN WATTS**, and states the following in support of the motion:

1. An indictment has been filed charging the defendant with sexual exploitation of children, in violation of Title 18, United States Code, Sections 2251(a).

2. Title 18, United States Code, Section 3142(f) provides, in pertinent part, that hearing must be held by the appropriate judicial officer to determine whether any condition or combination of conditions "will reasonably assure the appearance of such person as required and the safety of any other person and the community" if the attorney for the Government moves for such a hearing and the case involves:

    "(E) any felony that is not otherwise a crime of violence that involves a minor victim… ."

3. Title 18, United States Code, Section 3142(e) mandates, subject to rebuttal, "it shall be presumed that no conditions or combination of conditions will reasonably assure the appearance of a person as required and the safety of the community if the judicial officer finds that there is probable cause to believe that there is probable cause to believe that the person committed—(E) an offense involving a minor victim under section 2251… of this title."

4. In August 2019, Southwest Missouri Cybercrimes Task Force Officer Lee Walker obtained the results of a warrant issued for the contents of the defendant's Facebook account.

5. The data provided by Facebook indicated that the defendant had requested sexually explicit photographs of the minor victim. The victim complied with the defendant's request.

6. Videos depicting the victim and the defendant engaged in sexual contact were also discovered within the data provided by Facebook.

7. This case involves a minor victim. See 18 U.S.C. § 3142(g)(1).

8. The evidence against the defendant is overwhelming. See 18 U.S.C. § 3142(g)(2).

Wherefore, based upon the foregoing, the United States submits that there is clear and convincing evidence that there are no conditions which the Court could place upon the defendant that would reasonably assure the defendant's appearance in Court and the safety of the community. The Government therefore requests that a detention hearing be held and that the defendant be detained pending trial of this matter.

    Respectfully submitted,

    Timothy A. Garrison
    United States Attorney

By:   */s/ James J. Kelleher*_____
    James J. Kelleher
    Assistant United States Attorney
    Missouri Bar No. 51921

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on February 11, 2020, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ James J. Kelleher*
James J. Kelleher
Assistant United States Attorney